## *United States District Court for the Northern District of Illinois*

Case Number: `08CV2081`                    Assigned/Issued By: `DAJ`

Judge Name: `ST.EVE`                       Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP        ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                          (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05