# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                              Case Number: 08 C 2081

LaSalle Bank, N.A., Plaintiff,
v.
Paramont Properties, LLC and Keith Barket, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LASALLE BANK, N.A.

| | |
|---|---|
| **NAME** (Type or print) <br> Todd A. Rowden | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Todd A. Rowden | |
| **FIRM** <br> Thompson Coburn Fagel Haber | |
| **STREET ADDRESS** <br> 55 E. Monroe Street - 40th Floor | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201929 | **TELEPHONE NUMBER** <br> 312.346.7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |