IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08 C 2081 |
| PARAMONT PROPERTIES, LLC and KEITH BARKET, | ) ) ) Judge Amy J. St. Eve |
| Defendants. | ) ) |

LASALLE BANK'S UNCONTESTED MOTION TO EXTEND TIME
TO FILE JOINT STATUS REPORT AND RESET INITIAL STATUS HEARING

Under Federal Rule of Civil Procedure 6(b), LaSalle Bank moves the Court to extend the time for filing the Joint Status Report and to reset the Initial Status Hearing. In support of this Motion, LaSalle Bank states:

1. On Friday, April 11, 2008, LaSalle Bank filed its Complaint against the Defendants.

2. On Monday, April 14, 2008, LaSalle Bank mailed a Waiver of Summons under Fed.R.Civ.P 4(d) to the Defendants.

3. On Tuesday, April 15, 2008, this Court issued an Order to the parties to file their Joint Status Report by May 16, 2008 and to appear for the Initial Status Hearing on May 21, 2008 at 8:30 a.m.

4. Defendants have informed LaSalle that they have agreed to sign the Waiver of Summons. So, under Fed.R.Civ.P. 4(d)(3), the Defendants have until June 13, 2008 to answer or otherwise respond to LaSalle's Complaint.

5. Therefore, because Defendants have not responded and are not required to respond

until June 13, 2008, LaSalle respectfully requests the Court to extend the filing of the Joint Status Report to and including June 25, 2008 and to reset the Initial Status Hearing to a date convenient for the Court after June 25, 2008.

Dated: May 6, 2008                                  Respectfully submitted,


                                                     /s/  Scott P. Clair
                                                    Todd A. Rowden
                                                    Scott P. Clair
                                                    THOMPSON COBURN LLP
                                                    55 E. Monroe St.
                                                    Chicago, IL 60603

                                                    Mike W. Bartolacci
                                                    THOMPSON COBURN LLP
                                                    One U.S. Bank Plaza
                                                    St. Louis, MO  63101

## CERTIFICATE OF SERVICE

    Under Fed.R.Civ.P. 5, I hereby certify that I have caused a copy of LASALLE BANK'S UNCONTESTED MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT AND RESET INITIAL STATUS HEARING **and NOTICE OF MOTION** to be served upon the following by depositing it in the U.S. Mail on May 6, 2008:

        Paul J. Puricelli
        Stone, Leyton & Gershman, P.C.
        7733 Forsyth, Suite 500
        St. Louis, MO 63105

                                                               _____Scott Clair_____