IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08 C 2081 |
| PARAMONT PROPERTIES, LLC and KEITH BARKET, | ) ) Judge Amy J. St. Eve |
| Defendants. | ) ) ) |

### NOTICE OF MOTION

TO:  Paul J. Puricelli
     Stone, Leyton & Gershman, P.C.
     7733 Forsyth, Suite 500
     St. Louis, MO 63105

**PLEASE TAKE NOTICE** that on **May 14, 2008 at 8:30 a.m.,** we shall appear before the Hon. Judge Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago IL, and present the attached **LASALLE BANK'S UNCONTESTED MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT AND RESET INITIAL STATUS HEARING**.

Dated: May 6, 2008

/s/ Scott P. Clair
Todd A. Rowden
Scott P. Clair
THOMPSON COBURN LLP
55 E. Monroe St.
Chicago, IL 60603

Mike W. Bartolacci
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101