# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number: 08-cv-02081

LaSalle Bank National Association
                    Plaintiff,

v.

Paramont Properties, LLC et al
                    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paramont Properties, LLC et al.

| | |
|---|---|
| **NAME (Type or print)**<br>Michael A. Wax | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Michael A. Wax | |
| **FIRM**<br>Fisher Kanaris, P.C. | |
| **STREET ADDRESS**<br>200 S. Wacker, 22nd Floor | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6278669 | **TELEPHONE NUMBER**<br>312-474-1400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |