JURY TRIAL DEMANDED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LaSALLE BANK NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:08-cv-02081 ) |
| PARAMONT PROPERTIES, L.L.C. and KEITH BARKET, | ) ) ) |
| Defendants. | ) ) |

## JURY DEMAND

COME NOW Defendants Paramont Properties, L.L.C. and Keith Barket and hereby demand a trial by jury.

STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION


By: /s/  Paul J. Puricelli_____
　　Paul J. Puricelli, *pro hac vice*
　　7733 Forsyth Boulevard, Suite 500
　　St. Louis, Missouri 63105
　　(314) 721-7011 (Telephone)
　　(314) 721-8660 (Telecopy)
　　*ppuricelli@stoneleyton.com*
　　*Attorneys for Defendants/Counterclaimants*

BEST, VANDERLAAN & HARRINGTON
Michael A. Wax, Esq.
25 East Washington, Suite 210
Chicago, IL 60602

-2-

                                        FISHER KANARIS, P.C.
                                        Peter E. Kanaris, Esq.
                                        200 South Wacker Drive, 22nd Floor
                                        Chicago, IL 60606

## **CERTIFICATE OF SERVICE**

The foregoing was filed with the Clerk of Court on the 13th day of June, 2008, and served by operation of the Court's electronic filing system on the following:

    Michael W. Bartolacci, Esq.
    Thompson Coburn LLP
    One US Bank Plaza
    St. Louis, MO 63101

    Todd A. Rowden, Esq.
    Scott P. Clair, Esq.
    Thompson Coburn LLP
    55 E Monroe St., 40th Floor
    Chicago, IL 60603

                                /s/ Paul J. Puricelli