UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

LaSalle Bank National Association
                                              Plaintiff,
v.                                                          Case No.: 1:08−cv−02081
                                                            Honorable Amy J. St. Eve
Paramont Properties, LLC, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/30/2008 and continued to 9/2/08 at 8:30 a.m. Plaintiff to answer or otherwise plead to defendants' counterclaim by 7/30/08. Rule 26(a)(1) disclosures by 8/1/08. Written discovery to be issued by 8/22/08. Fact discovery to close 4/30/09. Defendants' expert reports by 12/1/08 and expert depositions to be completed by 1/31/09. Plaintiff's rebuttal expert report by 2/28/09 and expert depositions to be completed by 3/31/09. Dispositive motions with supporting memoranda to be filed by 4/30/09. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.