UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-cv-2081 |
| PARAMONT PROPERTIES, LLC and KEITH BARKET, | ) ) ) ) | Hon. Amy J. St. Eve |
| Defendants. | ) ) | |

**UNCONTESTED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' COUNTERCLAIM**

Plaintiff, LaSalle Bank National Association, by its attorneys, hereby moves this Court for an extension of time to respond to Defendants' counterclaim. By Order dated June 30, 2008, Plaintiff's answer to the Counterclaim is due by July 30, 2008. The parties are in agreement that Plaintiff's answer may be extended an additional fourteen days, up to and including August 13, 2008.

Plaintiff, LaSalle Bank National Association, respectfully requests that this Court enter an Order granting an additional 14 days, up to and including August 13, 2008, within which to respond to Defendants' Counterclaim.

/s/ Todd A. Rowden
Todd A. Rowden (6201929)
Scott P. Clair
55 East Monroe Street
40th Floor
Chicago, Illinois 60603
312.346.7500
312.782.1030 (fax)
trowden@tcfhlaw.com

4778646.1

- 2 -

        Mike W. Bartolacci
        THOMPSON COBURN, LLP
        One U.S. Bank Plaza, Suite 2600
        St. Louis, MO  63101
        314.552.6000
        314.552.7000 (fax)
        mbartolacci@thompsoncoburn.com

        ***Attorneys for Plaintiff Lasalle Bank National Association***

CERTIFICATE OF SERVICE

    The undersigned certifies that on **July 28, 2008**, the above **Uncontested Motion for Extension of Time to Respond to Defendants' Counterclaim** was electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

        /s/ Todd A. Rowden

4778646.1