## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LASALLE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 C 2081 |
| ) | |
| PARAMONT PROPERTIES, LLC ) | Judge Amy J. St. Eve |
| and KEITH BARKET, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  Paul J. Puricelli                         Peter E. Kanaris
     Stone, Leyton & Gershman, P.C.            Fisher Kanaris, P.C.
     7733 Forsyth, Suite 500                   200 S. Wacker – 22nd Floor
     St. Louis, MO 63105                       Chicago, IL  60606

     Michael A. Wax
     Best VanderLaan & Harrington
     25 E. Washington, Suite 210
     Chicago, IL  60602

**PLEASE TAKE NOTICE** that on **Thursday, July 31, 2008 at 8:30 a.m.,** we shall appear before the Hon. Judge Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago IL, and present the attached **LASALLE BANK'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIM**.

                                          /s/ Todd A. Rowden
                                          Todd A. Rowden (6201929)
                                          Scott P. Clair
                                          55 East Monroe Street-40th Floor
                                          Chicago, Illinois 60603
                                          312.346.7500
                                          312.782.1030 (fax)
                                          trowden@tcfhlaw.com

Mike W. Bartolacci
THOMPSON COBURN, LLP
One U.S. Bank Plaza, Suite 2600
St. Louis, MO  63101
314.552.6000
314.552.7000 (fax)
mbartolacci@thompsoncoburn.com

***Attorneys for Plaintiff Lasalle Bank, N.A.***

4778667.1