## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

LaSalle Bank National Association
                                        Plaintiff,

v.                                              Case No.: 1:08−cv−02081
                                                Honorable Amy J. St. Eve

Paramont Properties, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's uncontested motion for extension of time [19] is granted. Plaintiff to answer to the counterclaim to be filed on or before 8/13/08. No appearance is required on the 7/31/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.