UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>PARAMONT PROPERTIES, LLC and KEITH BARKET,<br><br>Defendants. | Case No. 08-cv-2081<br><br>Hon. Amy J. St. Eve |

## COMBINED NOTICE OF MOTIONS

TO:  Paul J. Puricelli  
Stone, Leyton & Gershman, P.C.  
7733 Forsyth, Suite 500  
St. Louis, MO 63105  

Peter E. Kanaris  
Fisher Kanaris, P.C.  
200 S. Wacker – 22nd Floor  
Chicago, IL  60606  

Michael A. Wax  
Best VanderLaan & Harrington  
25 E. Washington, Suite 210  
Chicago, IL  60602  

**PLEASE TAKE NOTICE** that on **Thursday, August 21, 2008 at 8:30 a.m.,** we shall appear before the Hon. Judge Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago IL, and present the attached **LASALLE BANK'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES** and present the attached **LASALLE BANK'S MOTION TO STRIKE JURY DEMAND,** copies of which are hereby served upon you.

/s/ Todd A. Rowden  
Todd A. Rowden  
Scott P. Clair  
55 East Monroe Street-40th Floor  
Chicago, Illinois 60603  
312.346.7500  
312.782.1030 (fax)  
trowden@tcfhlaw.com

- 2 -

## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 13, 2008, the above COMBINED NOTICE OF MOTIONS was electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

                                                /s/  Scott Clair