UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-2081 |
| | ) | |
| | ) | Hon. Amy J. St. Eve |
| | ) | |
| PARAMONT PROPERTIES, LLC | ) | |
| and KEITH BARKET, | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON LASALLE'S MOTION TO DISMISS AND LASALLE'S MOTION TO STRIKE JURY DEMAND**

Plaintiff/Counter-Defendant LaSalle and Defendants/Counter-Plaintiffs Paramont and Keith Barket jointly move this Court for an order setting the briefing schedule on LaSalle's Motion to Dismiss Counterclaims and Strike Affirmative Defenses and LaSalle's Motion to Strike Jury Demand.  In support of this motion, the parties state as follows:

1.      On August 13, 2008, LaSalle filed a Motion to Dismiss Counter-Claims and Strike Affirmative Defenses.  (Dkt. # 22)  On that date, LaSalle also filed a Motion to Strike Paramont's and Barket's Jury Demand.  (Dkt. #24)

2.      LaSalle also filed a Combined Notice of Motions, setting the presentment for both motions at 8:30 a.m. on August 21, 2008 before this Court.  (Dkt. #25)

3.      In an effort to cooperate and to avoid unnecessarily taking up the Court's time, the parties have agreed on a joint briefing schedule.  This schedule does not affect any of the other deadlines set in this case.

4.      In lieu of holding the presentment hearing on both motions scheduled for August 21, 2008, the parties jointly move the Court for an Order setting the following briefing schedule:

a.      Defendants/Counter-Plaintiffs Paramont and Barket's Response in Opposition to LaSalle's Motion to Dismiss Counter-Claims and Strike Affirmative Defenses shall be filed on or before September 19, 2008,

b.      Defendants/Counter-Plaintiffs Paramont and Barket's Response in Opposition to LaSalle's Motion to Strike Jury Demand shall be filed on or before September 19, 2008.

c.      LaSalle's Reply in Support of its Motion to Dismiss Counter-Claims and Strike Affirmative Defenses shall be filed on or before October 10, 2008.

d.      LaSalle's Reply in Support of its Motion to Strike Jury Demand shall be filed on or before October 10, 2008.

Dated: August 18, 2008                          Respectfully submitted,

/s/ Todd A. Rowden                              /s/ Paul J. Puricelli
Todd A. Rowden                                  Paul J. Puricelli
Scott P. Clair                                  Stone, Letyon & Gershman, P.C.
Thompson Coburn LLP                             7733 Forsyth Blvd.
55 E. Monroe St                                 Suite 500.
Chicago, IL 60603                               St. Louis, MO, 63105
(312) 580-2229                                      (314) 721-7011

Mike W. Bartolacci                              Micheal A. Wax
Thompson Coburn, LLP                            Best, Vanderlaan & Harrington
One US Bank Plaza                               25 East Washington, Suite 210
St. Louis, MO 63101                             Chicago, IL 60602
(314) 552-6126

                                                Peter E. Kanaris
Attorneys for Plaintiff/Counter-Defendant       Fisher Kanaris, P.C.
                                                200 South Wacker Drive, 22nd Floor

- 3 -

Chicago, IL 60606
Attorneys for Defendants/Counter-Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2008, the above Motion was electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.


   /s/  Scott Clair

.