UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LASALLE BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) ) ) ) ) ) | Case No. 08-cv-2081<br><br>Hon. Amy J. St. Eve |
| PARAMONT PROPERTIES, LLC and KEITH BARKET, | | |
| Defendants. | | |

## NOTICE OF JOINT MOTION

**PLEASE TAKE NOTICE** that on **Thursday, August 21, 2008 at 8:30 a.m.,** we shall appear before the Hon. Judge Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago IL, and present the attached **JOINT MOTION TO SET BRIEFING SCHEDULE ON LASALLE'S MOTION TO DISMISS AND LASALLE'S MOTION TO STRIKE JURY DEMAND**

/s/ Todd A. Rowden
Todd A. Rowden
Scott P. Clair
55 East Monroe Street-40th Floor
Chicago, Illinois 60603
312.346.7500
312.782.1030 (fax)
trowden@tcfhlaw.com