**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

LaSalle Bank National Association
                                        Plaintiff,

v.                                                                   Case No.: 1:08−cv−02081
                                                                    Honorable Amy J. St. Eve

Paramont Properties, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Parties' joint motion to set briefing schedule [26] is granted. Defendants/Counter−Plaintiffs response to LaSalle's motion to dismiss [22] and motion to strike [24] to be filed on or before 9/19/08. Plaintiff's reply in support of its motions to be filed on or before 10/10/08. No appearance is required on the 8/21/08 notice date. Status hearing date of 9/2/08 to stand. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.